AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| RELINK US LLC <br><br> *Plaintiff(s)* <br> v. <br> TESLA, INC. <br><br> *Defendant(s)* | Civil Action No. 1:23-CV-1093-DII |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Tesla, Inc.
c/o Registered Agent
C T Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   B. Russell Horton
rhorton@gbkh.com
George Brothers Kincaid & Horton, L.L.P.
114 West 7th St., Suite 1100
Austin, TX 78701
Tel: (512) 495-1400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT   PHILIP J. DEVLIN

Date: 09/14/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-1093-DII

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Tesla, Inc.__
was received by me on *(date)* __9/15/23__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __CT Corporation System to intake specialist Tenj Thossavat__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Tesla, Inc.__ on *(date)* __9/15/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/15/23__

*Server's signature*

__Colcb Melone, PSC 1574 exp 10/31/25__
*Printed name and title*

__PO Box 720040, Dallas, TX 75372__
*Server's address*

Additional information regarding attempted service, etc: