**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| RELINK US LLC,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Civil Action No.: 1:23-cv-1093-DII<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO TAKE VENUE RELATED DISCOVERY AND COMPLETE BRIEFING ON DEFENDANT'S MOTION TO TRANSFER VENUE UNDER 28 U.S.C. §1404(a)**

Plaintiff Relink US LLC and Defendant Tesla, Inc. file this joint motion to take limited venue discovery and to extend the briefing schedule in connection with Defendant's Motion to Transfer Venue to the Northern District of California Under 28 U.S.C. § 1404(a) (ECF No. 32). As set out below, the parties respectfully request that the Court extend the deadline for Plaintiff's opposition up to ten (10) business days after Plaintiff completes targeted venue discovery to file its opposition and extend the deadline for Defendant's reply up to ten (10) business days after Defendant completes targeted venue discovery to file its reply. The parties further show as follows:

On December 15, 2023, Tesla filed an Unopposed Motion for Leave to File Sealed Documents (ECF No. 29). Attached to the motion was Defendant's proposed motion to transfer venue (ECF No. 29-2).

On December 18, 2023, Relink contacted counsel for Tesla, inquiring whether Tesla would oppose specific proposed venue-related discovery.

On December 18, 2023, the Court granted Tesla's motion to file under seal, and Tesla thereafter filed its motion (ECF No. 32). Relink's current response deadline is therefore January 2, 2024.

The parties have met and conferred and agreed to the following venue discovery[1] and, subject to the Court's permission, the following adjusted briefing schedule:

1. Each party may formally notice up to 4 depositions (including under Rule 30(b)(6)) that, collectively, shall not exceed a total of seven (7) hours on the record. To the extent any witness produced according to Rule 30(b)(1) is also designated by a party as a Rule 30(b)(6) witness, that witness's deposition shall count twice towards the maximum of 4 depositions.
2. The scope of Plaintiff's venue discovery shall be limited to the issues implicated by the motion to transfer.
3. The scope of Defendant's venue discovery will be limited to the issues implicated by Plaintiff's opposition to the motion to transfer.
4. No other venue-related discovery is permitted.
5. Plaintiff's opposition will be due ten (10) business days after it completes venue discovery on the motion.
6. Defendant's reply will be due ten (10) business days after it completes venue discovery on the opposition.

The parties respectfully request that the Court extend the deadlines as set forth above.

[1] The parties were unable to reach agreement on whether discovery other than venue-related discovery should be stayed pending the resolution of Tesla's motion. However, the parties will address that issue at the appropriate time.

Dated: December 21, 2023

/s/ Marc Belloli

Marc Belloli (*pro hac vice*)
California State Bar No. 244290
mbelloli@bdiplaw.com
M. Elizabeth Day (*pro hac vice*)
California State Bar No. 177125
eday@bdiplaw.com
Jerry D. Tice II
State Bar No. 24093263
jtice@bdiplaw.com
Ben Brownlow (*pro hac vice*)
North Carolina State Bar No. 44258
bbrownlow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real,
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

B. Russell Horton
State Bar No. 10014450
rhorton@gbkh.com
George Brothers Kincaid & Horton, L.L.P.
114 West 7th St., Suite 1100
Austin, TX 78701
Tel: (512) 495-1400
Fax: (512) 499-0094

*Attorneys for Plaintiff*
Relink US LLC

Respectfully submitted,

/s/ Nicholas A. Restauri

Brent A. Hawkins (*pro hac vice*)
California Bar No. 314266
Illinois Bar No. 6243086
brent.hawkins@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Nicholas A. Restauri (*pro hac vice*)
Illinois Bar No. 6309995
James J. Kritsas (*pro hac vice*)
Illinois Bar No. 6313286
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com
Morgan, Lewis & Bockius, LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
T: 214.466.4000
F: 214.466.4001

*Attorneys for Defendant*
Tesla, Inc.

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has conferred with counsel for Defendant via email and Defendant is unopposed to the relief sought herein. The motion is filed jointly.

*/s/ Marc Belloli*

**CERTIFICE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 21, 2023.

*/s/ Marc Belloli*