**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| RELINK US LLC,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC.,<br><br>Defendant. | Civil Action No.: 1:23-cv-1093-DII |

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before November 11, 2025.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before October 24, 2025, and each party opposing party shall respond, in writing, on or before November 4, 2025. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so that the Court may use them in assessing attorney's fees and costs at the conclusion of trial.

3. Each party shall complete and file the "Notice Concerning Reference to United States Magistrate Judge" on or before February 13, 2024.

4. The parties shall serve Rule 26(a) initial disclosures on February 23, 2024.

5. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before April 12, 2024.

6. Each party who has the initial burden of proof on an issue shall serve on all parties, but not

file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before August 15, 2025. Each party resisting claims for relief shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before September 16, 2025. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. No other expert reports will be permitted without either the consent of all parties or leave of the Court.

7. All *Daubert* motions or objections to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony on or before December 5, 2025. Any such motions, responses and replies thereto are subject to the same page limits as dispositive motions in paragraph 12.

8. On or before March 26, 2024, Plaintiff Relink US LLC shall serve a disclosure of asserted claims and infringement contentions (and accompanying document production) containing the following information: a chart explaining and identifying specifically and in detail where each element of each asserted claim is found within each accused instrumentality, including explaining and identifying whether each elements of each asserted claim is claimed to be literally present or present under the doctrine of equivalents in the accused instrumentality; the priority date that Plaintiff contends each asserted claim is entitled to, along with all evidence supporting that priority date; and a copy of the file history for the patent-in-suit.

9. On or before April 26, 2024, Defendant Tesla, Inc. shall serve its invalidity contentions in the form of claim charts. Tesla shall also include an identification of any limitations that Tesla contends are indefinite or lack written description under 35 U.S.C. § 112, and an identification of any claims that Tesla contends are directed to ineligible subject matter under 35 U.S.C. § 101.

10. The following schedule shall apply to claim construction proceedings in this case:

a. On or before May 24, 2024, the parties shall concurrently exchange a list of claim terms a party believes should be construed by the Court and identify any claim

element a party contends should be governed by 35 U.S.C. § 112(f).

b. On or before June 24, 2024, the parties shall concurrently exchange proposed constructions for terms proposed by either party. At the same time the parties exchange their respective proposed claim constructions, they must each also exchange a preliminary identification of extrinsic evidence, including without limitation, dictionary definitions, citations to learned treatises and prior art, and testimony of percipient and expert witnesses they contend support their respective claim constructions. With respect to any percipient or expert witness, the parties must also provide a brief description of the substance of that witness' proposed testimony.

c. On or before July 26, 2024, Tesla shall file its Opening Claim Construction Brief with supporting evidence, including any declarations of expert witnesses in support of claim construction. The page limit for Tesla's Opening Claim Construction Brief shall be 20 pages, exclusive of the caption, signature block, any certificate and exhibits.

d. On or before August 23, 2024, Relink shall file its Responsive Claim Construction Brief with supporting evidence, including any responsive declarations of expert witnesses in support of its responsive positions. The page limit for Relink's Responsive Claim Construction Brief shall be 20 pages, exclusive of the caption, signature block, any certificate and exhibits.

e. On or before September 20, 2024, Tesla shall file its Reply Claim Construction Brief. The limit for the Reply Claim Construction Brief shall be 10 pages, exclusive of the caption, signature block, any certificate and exhibits.

f. On or before September 27, 2024, the parties shall file a Joint Claim Construction Statement including a list of claim terms each party contends should be construed by the Court, the parties' respective proposed constructions of these claim terms, and any agreed constructions. The Joint Claim Construction Statement shall also identify any claim element a party contends should

be governed by 35 U.S.C. § 112(f).

g. Claim Construction Hearing: ________________. [The parties propose holding the Claim Construction Hearing during the week of October 28, 2024, if convenient for the Court.]

h. Final Contentions: The parties shall serve final contentions no later than thirty (30) days following the Court's *Markman* ruling.

11. The parties shall complete all fact discovery on or before July 18, 2025.

12. The parties shall complete all expert discovery on or before October 17, 2025.

13. All dispositive motions shall be filed and served on or before November 11, 2025, and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

14. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference. **The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

15. This case is set for ________________ trial commencing at 9:00 a.m. on _______________, 20_________. Jury selectin may occur the Friday before the case is set for trial.

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motion deadline and the trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order.

SIGNED on_________________________________, 20_________.

_________________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

AGREED:

Respectfully submitted,


*<u>/s/ M. Elizabeth Day</u>*
Marc Belloli (*pro hac vice*)
California State Bar No. 244290
mbelloli@bdiplaw.com
M. Elizabeth Day (*pro hac vice*)
California State Bar No. 177125
eday@bdiplaw.com
Jerry D. Tice II
State Bar No. 24093263
jtice@bdiplaw.com
Ben Brownlow (*pro hac vice*)
North Carolina State Bar No. 44258
bbrownlow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real,
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

B. Russell Horton
State Bar No. 10014450
rhorton@gbkh.com
George Brothers Kincaid & Horton, L.L.P.
114 West 7th St., Suite 1100
Austin, TX 78701

*<u>/s/ Nicholas A. Restauri</u>*
Brent A. Hawkins (*pro hac vice*)
California Bar No. 314266
Illinois Bar No. 6243086
brent.hawkins@morganlewis.com
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Nicholas A. Restauri (*pro hac vice*)
Illinois Bar No. 6309995
James J. Kritsas (*pro hac vice*)
Illinois Bar No. 6313286
Morgan, Lewis & Bockius LLP
110 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
elizabeth.chiaviello@morganlewis.com

Tel: (512) 495-1400
Fax: (512) 499-0094

*Attorneys for Plaintiff*
Relink US LLC

Morgan, Lewis & Bockius, LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
T: 214.466.4000
F: 214.466.4001

*Attorneys for Defendant*
Tesla, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of February 2024, a true and correct copy of the foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system pursuant to Local Rule CV-5(b).

/s/ B. Russ Horton
B. Russ Horton

**EXHIBIT A**

**[PROPOSED] SCHEDULE OF PARTIES' RELEVANT DEADLINES AND DATES**

| Description | Deadline |
|---|---|
| Notice Concerning Reference to United States Magistrate Judge | February 13, 2024 |
| Serve Rule 26(a) Initial Disclosures | February 23, 2024 |
| Plaintiff's disclosure of asserted claims and infringement contentions | March 26, 2024 |
| Motions to Amend or Supplement Pleadings or to Join Additional Parties | April 12, 2024 |
| Defendant's disclosure of invalidity contentions | April 26, 2024 |
| Exchange a list of claim terms for construction | May 24, 2024 |
| Exchange proposed constructions and identification of extrinsic evidence | June 24, 2024 |
| Tesla Opening Claim Construction Brief | July 26, 2024 |
| Relink Responsive Claim Construction Brief | August 23, 2024 |
| Tesla Reply Claim Construction Brief | September 20, 2024 |
| Joint Claim Construction Statement | September 27, 2024 |
| Claim Construction Hearing | Proposed October 28, 2024 |
| Final contentions due | 30 days after Markman order |
| Complete all fact discovery | July 18, 2025 |
| Expert disclosures for parties with burden of proof | August 15, 2025 |
| Expert disclosures for parties resisting claims | September 16, 2025 |
| Complete expert discovery | October 17, 2025 |
| Relink Written Settlement Offer | October 24, 2025 |
| Response to Written Settlement Offer | November 4, 2025 |
| Report on ADR | November 11, 2025 |
| Dispositive motions | November 11, 2025 |
| Daubert motions | December 5, 2025 |
| Initial pretrial conference | TBD by Court |
| Trial | TBD by Court |